AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  KAUFFMAN, BRUCE W | 2. Court or Organization  W.S. DISTRICT COURT, EASTERN P | 3. Date of Report  5/3/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE - ACTIVE | 5. ReportType (check appropriate type)  ◯ Nomination, Date  ◯ Initial  ◉ Annual  ◯ Final | 6. Reporting Period  1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address  ROOM 5613, U.S. COURTHOUSE  601 MARKET STREET  PHILADELPHIA, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

RECEIVED 2004 SEP -8 P 12: 51 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | DILWORTH, PAXSON LLP - FORMERLY REPORTED AS DILWORTH, PAXSON, KALISH & KAUFFMAN JUDICIAL RETIREMENT PROGRAM PAYOUT 5 YEARS - NOW MAINTAINED BY PENN MUTUAL LIFE. |
| 2. | 1997 | DILWORTH, PAXSON, KALISH & KAUFFMAN RETIREMENT PLAN & 401(K) - ROLLED OVER INTO IRA |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | DILWORTH PAXSON, LLP - ANNUITY DISTRIBUTION, MAINTAINED BY PENN MUTUAL LIFE INSURANCE | 98,727.87 |
| 2. | 2003 | DILWORTH PAXON, LLP - PENSION ROLLOVER TO IRA | 130,382.09 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | SELF-EMPLOYED - MARKETING DESIGN |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. ACS INC. | STUDENT LOAN | K |

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AVENHAM ASSOCIATES (LTD PARTNERSHIP) (SEE NOTE) | E | None | | | | | | | |
| 2. HUNTINGTON ASSOCIATES (LTD PARTNERSHIP) (X) - (SEE NOTE) | | | | | | | | | |
| 3. WACHOVIA MONEY MARKET (PREVIOUSLY PRUDENTIAL) (SEE NOTE) | | | | | | | | | |
| 4. PENNSYLVANIA BUSINESS BANK - CHECKING | A | Interest | K | T | | | | | |
| 5. IRA ROLLOVER 1985 | B | Dividend | M | T | | | | | |
| 6. COMMAND INSURED INCOME ACCOUNT | | | | | | | | | |
| 7. SG HOLDINGS, INC - BONDS | | | | | | | | | |
| 8. AT&T CORP | | | | | | | | | |
| 9. COMMAND MONEY FUND | | | | | | | | | |
| 10. GENERAL ELECTRIC | | | | | | | | | |
| 11. JOHN HANCOCK CORE EQUITY FUND CLASS B | | | | | | | | | |
| 12. PFIZER INC | | | | | | | | | |
| 13. GENERAL MOTOR ACCEPTANCE NOTES | | | | | | | | | |
| 14. FORD MOTOR CREDIT CO - MATURED 1/14/2003 | | | | | MATURITY | 01/14 | J | A | |
| 15. GENERAL MOTORS - SMART NOTES | | | | | BUY | 09/04 | L | | |
| 16. PFIZER INC - ASSIGNED | | | | | SELL | 06/23 | K | A | |
| 17. PFIZER INC - CALL | | | | | SELL | 02/24 | J | A | |
| 18. PFIZER INC - CALL | | | | | SELL | 6/24 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. TECO ENERGY INC | | | | | | | | | |
| 20. DILWORTH PAXON RETIREMENT (SEE NOTE) | C | Dividend | N | T | | | | | |
| 21. AT&T CORP | | | | | | | | | |
| 22. SG HOLDINGS, INC | | | | | | | | | |
| 23. COCA COLA CO DELAWARE | | | | | | | | | |
| 24. COMMAND MONEY FUND | | | | | | | | | |
| 25. GENERAL ELECTRIC CO. | | | | | | | | | |
| 26. INTEL CORP | | | | | | | | | |
| 27. SELIGMAN COMU&1 FDB | | | | | | | | | |
| 28. SAFEGUARD SCIENTIFIC | | | | | | | | | |
| 29. IVY INT'L FUND CLASS B | | | | | | | | | |
| 30. PUTNAM NEW OPPORTUNITIES FUND CLASS B | | | | | | | | | |
| 31. CISCO SYSTEM, INC. | | | | | | | | | |
| 32. EMERGE INTERACTIVE, INC. | | | | | | | | | |
| 33. INTERNET CAPITAL GROUP | | | | | | | | | |
| 34. OPUS360 CORP | | | | | | | | | |
| 35. DAIMLRCHRYSLR CIN RO MP | | | | | | | | | |
| 36. FORD MTR CRED CO RO JJ | | | | | MATURITY | 1/14 | L | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. GEN MTR ACC | | | | | | | | | |
| 38. EVERGREEN S ADJRTE A | | | | | BUY | 10/03 | K | | |
| 39. PUTNAM NEW OPPORTUNITY FUND CLASS A (X) | | | | | SELL | 10/28 | J | A | |
| 40. DILWORTH PAXON RETIREMENT PLAN | A | Dividend | L | T | | | | | |
| 41. AT&T CORP | | | | | | | | | |
| 42. COCA COLA CO DELAWARE | | | | | | | | | |
| 43. COMMAND MONEY FUND | | | | | | | | | |
| 44. GENERAL ELECTRIC | | | | | | | | | |
| 45. INTEL CORP | | | | | | | | | |
| 46. PFIZER CORP. | | | | | | | | | |
| 47. WACHOVIA MONEYMARKET ASSETS FUND (FORMERLY PRUDENTIAL) | | | | | | | | | |
| 48. GEN MTR ACC CP SN RO JD | | | | | | | | | |
| 49. PFE - CALL | | | | | SELL | 02/24 | J | A | |
| 50. PFE - CALL | | | | | SELL | 06/23 | J | A | |
| 51. HPH - WALNUT STREET ASSOCIATES (SEE NOTE) | | | | | | | | | |
| 52. CSP DEBT ACCOUNT | D | Interest | M | U | | | | | |
| 53. CITIZENS BANK OF PENNSYLVANIA (X) | A | Interest | L | T | | | | | |
| 54. ROYAL BANK OF PENNSYLVANIA (IRA ACCOUNT) (SEE NOTE) | B | Interest | M | T | TRANSFER | 4/10 | L | B | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. HPH - POPLAR STREET ASSOCIATES (SEE NOTE) | | None | K | U | BUY | 4/20 | K | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>KAUFFMAN, BRUCE W | Date of Report<br><br>5/3/2004 |
| --- | --- | --- |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

1) PART II, PAGE 1, LINE 1 - BECAME AN ANNUITY DURING THE YEAR. REPORTED IN BOTH AGREEMENT SECTION AND IN NON-INVESTMENT INCOME SECTION. NEXT YEAR, THE VALUE WILL BE DERIVED SOLELY FROM PENN MUTUAL LIFE INSURANCE COMPANY, AND AS SUCH, WILL ONLY BE REPORTED IN THE NON-INVESTMENT INCOME SECTION SINCE THE REPORTING PERSON DOES NOT HAVE OWNERSHIP OF THE CONTRACT.

2) PART III, PAGE 1, LINE 3 - IN PREVIOUS REPORT, REPORTED RETIREMENT BUYOUT FROM DILWORTH PAXON LLP.

3) PART VI - LAST YEAR (2002) REPORTED STUDENT LOAN LIABILITY THAT WAS PAID OFF DURING 2003 AND AS A RESULT IS NOT REPORTED THIS YEAR (2003).

4) PART VII, PAGE 1, LINE 1 - AVENHAM ASSOCIATES (LTD PARTNERSHIP) - ISSUED FINAL K-1. FURTHERMORE, REPORTED NET LOSS FROM RENTAL ACTIVITY. CAPITAL GAIN REPORTED ON LINE 1. THIS WILL NOT CARRYFORWARD INTO NEXT YEAR'S REPORT.

5) PART VII, PAGE 1, LINE 3 - WACHOVIA MONEY MARKET (PREVIOUSLY PRUDENTIAL) - ACCOUNT OPEN BUT IS NOW UNDER FILING REQUIREMENTS.

6) PART VII, PAGE 1, LINE 6 - FROM PREVIOUS REPORT - IRA ROLLOVER IS NOW REPORTED ON LINE 19 OF THIS YEARS REPORT AS DILWORTH PAXON RETIREMENT.

7) PART VII, PAGE 1, LINE 2 - HUNTINGTON ASSOCIATES (LTD PARTNERSHIP) - AMOUNT IS UNDER REPORTING REQUIREMENTS.

8) PART VII, PAGE 3, LINE 50 - HPH - WALNUT STREET ASSOCIATES - MARKED AS FINAL K-1 AND WILL NOT BE ON NEXT YEAR'S REPORT.

9) PART VII, PAGE 3, LINE 54 - HPH - POPLAR STREET ASSOCIATES - NEW INVESTMENT

10) PART VII, PAGE 3, LINE 53 - ROYAL BANK OF PENNSYLVANIA (IRA ACCOUNT) - ACCOUNT OPENED IN 4/2003. REPORT HAS BEEN AMENDED TO REFLECT THIS ACTIVITY.

11) PART VII, PAGE 4, LINE 55 - PFIZER CORP. NO ACTIVITY TO REPORT IN 2003. CORRESPONDS TO PFIZER CORP. LISTED IN THE 2002 FINANCIAL DISCLOSURE REPORT IN PART VII, PAGE 4, LINE 60.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>KAUFFMAN, BRUCE W | Date of Report<br><br>5/3/2004 |
|---|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____      Date____9/2/04_____

NOTE: ANY INDIVI   UAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>KAUFFMAN, BRUCE W | 2. Court or Organization<br><br>W.S. DISTRICT COURT, EASTERN P | 3. Date of Report<br><br>5/3/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5. ReportType (check appropriate type)<br><br>◯ Nomination,     Date<br><br>◯ Initial    ⦿ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>ROOM 5613, U.S. COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE    2004 MAY 17 P 1:30    RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | DILWORTH, PAXSON LLP - FORMERLY REPORTED AS DILWORTH, PAXSON, KALISH & KAUFFMAN JUDICIAL RETIREMENT PROGRAM PAYOUT 5 YEARS - NOW MAINTAINED BY PENN MUTUAL LIFE. |
| 2. | 1997 | DILWORTH, PAXSON, KALISH & KAUFFMAN RETIREMENT PLAN & 401(K) - ROLLED OVER INTO IRA |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>KAUFFMAN, BRUCE W | Date of Report<br><br>5/3/2004 |
|---|---|---|

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | DILWORTH PAXSON, LLP - ANNUITY DISTRIBUTION, MAINTAINED BY PENN MUTUAL LIFE INSURANCE | 98,727.87 |
| 2. | 2003 | DILWORTH PAXON, LLP - PENSION ROLLOVER TO IRA | 130,382.09 |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | SELF-EMPLOYED - MARKETING DESIGN |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>KAUFFMAN, BRUCE W | Date of Report<br><br>5/3/2004 |
|---|---|---|

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE — (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE — (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ACS INC. | STUDENT LOAN | K |

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – Income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AVENHAM ASSOCIATES (LTD PARTNERSHIP) (SEE NOTE) | E | None | | | | | | | |
| 2. HUNTINGTON ASSOCIATES (LTD PARTNERSHIP) (X) - (SEE NOTE) | | | | | | | | | |
| 3. WACHOVIA MONEY MARKET (PREVIOUSLY PRUDENTIAL) (SEE NOTE) | | | | | | | | | |
| 4. PENNSYLVANIA BUSINESS BANK - CHECKING | A | Interest | K | T | | | | | |
| 5. IRA ROLLOVER 1985 | B | Dividend | M | T | | | | | |
| 6. COMMAND INSURED INCOME ACCOUNT | | | | | | | | | |
| 7. SG HOLDINGS. INC - BONDS | | | | | | | | | |
| 8. AT&T CORP | | | | | | | | | |
| 9. COMMAND MONEY FUND | | | | | | | | | |
| 10. GENERAL ELECTRIC | | | | | | | | | |
| 11. JOHN HANCOCK CORE EQUITY FUND CLASS B | | | | | | | | | |
| 12. PFIZER INC | | | | | | | | | |
| 13. GENERAL MOTOR ACCEPTANCE NOTES | | | | | | | | | |
| 14. FORD MOTOR CREDIT CO - MATURED 1/14/2003 | | | | | MATURITY | 01/14 | J | A | |
| 15. GENERAL MOTORS - SMART NOTES | | | | | BUY | 09/04 | L | | |
| 16. PFIZER INC - ASSIGNED | | | | | SELL | 06/23 | K | A | |
| 17. PFIZER INC - CALL | | | | | SELL | 02/24 | J | A | |
| 18. PFIZER INC - CALL | | | | | SELL | 6/24 | J | A | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. TECO ENERGY INC. | | | | | | | | | |
| 20. DILWORTH PAXON RETIREMENT (SEE NOTE) | C | Dividend | N | T | | | | | |
| 21. AT&T CORP | | | | | | | | | |
| 22. SG HOLDINGS, INC. | | | | | | | | | |
| 23. COCA COLA CO DELAWARE | | | | | | | | | |
| 24. COMMAND MONEY FUND | | | | | | | | | |
| 25. GENERAL ELECTRIC CO. | | | | | | | | | |
| 26. INTEL CORP. | | | | | | | | | |
| 27. SELIGMAN COMU&I FDB | | | | | | | | | |
| 28. SAFEGUARD SCIENTIFIC | | | | | | | | | |
| 29. IVY INT'L FUND CLASS B | | | | | | | | | |
| 30. PUTNAM NEW OPPORTUNITIES FUND CLASS B | | | | | | | | | |
| 31. CISCO SYSTEM, INC. | | | | | | | | | |
| 32. EMERGE INTERACTIVE, INC. | | | | | | | | | |
| 33. INTERNET CAPITAL GROUP | | | | | | | | | |
| 34. OPUS360 CORP | | | | | | | | | |
| 35. DAIMLRCHRYSLR CIN RO MP | | | | | | | | | |
| 36. FORD MTR CRED CO RO JJ | | | | | | MATURITY | 1/14 | L | A | |

| 1: Income/Gain Code: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2: Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3: Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS  — Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. GEN MTR ACC | | | | | | | | | |
| 38. EVERGREEN S ADJRTE A | | | | | BUY | 10/03 | K | | |
| 39. PUTNAM NEW OPPORTUNITY FUND CLASS A | | | | | SELL | 10/28 | J | A | |
| 40. DILWORTH PAXON RETIREMENT PLAN | A | Dividend | L | T | | | | | |
| 41. AT&T CORP | | | | | | | | | |
| 42. COCA COLA CO DELAWARE | | | | | | | | | |
| 43. COMMAND MONEY FUND | | | | | | | | | |
| 44. GENERAL ELECTRIC | | | | | | | | | |
| 45. INTEL CORP | | | | | | | | | |
| 46. WACHOVIA MONEYMARKET ASSETS FUND (FORMERLY PRUDENTIAL) | | | | | | | | | |
| 47. GEN MTR ACC CP SN RO JD | | | | | | | | | |
| 48. PFE - CALL | | | | | SELL | 02/24 | J | A | |
| 49. PFE - CALL | | | | | SELL | 06/23 | J | A | |
| 50. HPH - WALNUT STREET ASSOCIATES (SEE NOTE) | | | | | | | | | |
| 51. CSP DEBT ACCOUNT | D | Interest | M | U | | | | | |
| 52. CITIZENS BANK OF PENNSYLVANIA | A | Interest | L | T | | | | | |
| 53. ROYAL BANK OF PENNSYLVANIA (IRA ACCOUNT) | B | Interest | M | T | | | | | |
| 54. HPH - POPLAR STREET ASSOCIATES (SEE NOTE) | | None | K | U | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 M = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | P3 = $25,000,001-$50,000,000 |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

1) PART II, PAGE 1, LINE 1 - BECAME AN ANNUITY DURING THE YEAR. REPORTED IN BOTH AGREEMENT SECTION AND IN NON-INVESTMENT INCOME SECTION. NEXT YEAR, THE VALUE WILL BE DERIVED SOLELY FROM PENN MUTUAL LIFE INSURANCE COMPANY, AND AS SUCH, WILL ONLY BE REPORTED IN THE NON-INVESTMENT INCOME SECTION SINCE THE REPORTING PERSON DOES NOT HAVE OWNERSHIP OF THE CONTRACT.

2) PART III, PAGE 1, LINE 3 - IN PREVIOUS REPORT, REPORTED RETIREMENT BUYOUT FROM DILWORTH PAXON LLP.

3) PART VI - LAST YEAR (2002) REPORTED STUDENT LOAN LIABILITY THAT WAS PAID OFF DURING 2003 AND AS A RESULT IS NOT REPORTED THIS YEAR (2003).

4) PART VII, PAGE 1, LINE 1 - AVENHAM ASSOCIATES (LTD PARTNERSHIP) - ISSUED FINAL K-1. FURTHERMORE, REPORTED NET LOSS FROM RENTAL ACTIVITY. CAPITAL GAIN REPORTED ON LINE 1. THIS WILL NOT CARRYFORWARD INTO NEXT YEAR'S REPORT.

5) PART VII, PAGE 1, LINE 3 - WACHOVIA MONEY MARKET (PREVIOUSLY PRUDENTIAL) - ACCOUNT OPEN BUT IS NOW UNDER FILING REQUIREMENTS.

6) PART VII, PAGE 1, LINE 6 - FROM PREVIOUS REPORT - IRA ROLLOVER IS NOW REPORTED ON LINE 19 OF THIS YEARS REPORT AS DILWORTH PAXON RETIREMENT.

7) PART VII, PAGE 1, LINE 2 - HUNTINGTON ASSOCIATES (LTD PARTNERSHIP) - AMOUNT IS UNDER REPORTING REQUIREMENTS.

8) PART VII, PAGE 3, LINE 50 - HPH - WALNUT STREET ASSOCIATES - MARKED AS FINAL K-1 AND WILL NOT BE ON NEXT YEAR'S REPORT.

9) PART VII, PAGE 3, LINE 54 - HPH - POPLAR STREET ASSOCIATES - NEW INVESTMENT

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____    Date ___5/14/04___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544